

Entered on Docket
February 25, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78284

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-33729-lbr |
| Michael Biasotti | Date:  2/9/2010<br>Time: 10:30 am |
| Debtor. | Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 302 Carrington St, Henderson, NV 89074, and legally described as follows:

> LOT THIRTY (30) IN BLOCK SEVEN (7) IN GREEN VALLEY SOUTH UNIT NO. 42-3, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 35 OF PLATS, PAGE 94 AND AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED SEPTEMBER 14, 1990 IN BOOK 900914 AS DOCUMENT NO. 00799 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
>
> EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND PRODUCTS, AND ALL OTHER MINERALS, WHETHER OR NOT OF THE SAME CHARACTER HEREIN BEFORE GENERALLY DESCRIBED IN OR UNDER SAID LAND AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW THE PRESENT SURFACE OF THE GROUND.

//
//
//
//
//
//
//
//
//
//
//
//

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
By: _____
Robert Atkinson
10120 S. Eastern Ave
Suite 202
Henderson, NV 89052
Attorney for Debtor(s)

APPROVED / DISAPPROVED
By: _____
William A. Leonard
6625 S. Valley View #224
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor