WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
212 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Wells Fargo Bank, N.A.  
09-78284  

Electronically Filed on _____

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| In re: | BK09-33729-lbr |
|---|---|
| | Chapter 7 |
| Michael Biasotti | NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY<br>HEARING DATE: 2/9/2010<br>HEARING TIME: 10:30 am |
| Debtor(s). | ESTIMATED TIME: 5 Minutes |

PLEASE TAKE NOTICE that on the 25th day of February, 2010, Order Vacating Automatic Stay was entered by the court. Copy of said order is attached herewith.

DATED this _____.

WILDE & ASSOCIATES

By: _____  
GREGORY L. WILDE, ESQ.  
Attorney for Secured Creditor  
212 South Jones Boulevard  
Las Vegas, Nevada 89107

Entered on Docket
February 25, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-78284

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-33729-lbr |
| Michael Biasotti | Date: 2/9/2010<br>Time: 10:30 am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3   Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4   property, generally described as 302 Carrington St, Henderson, NV 89074, and legally described as

5   follows:

6
7   LOT THIRTY (30) IN BLOCK SEVEN (7) IN GREEN VALLEY SOUTH UNIT NO. 42-3,
    AS SHOWN BY MAP THEREOF ON FILE IN BOOK 35 OF PLATS, PAGE 94 AND
8   AMENDED BY THAT CERTAIN CERTIFICATE OF AMENDMENT RECORDED
    SEPTEMBER 14, 1990 IN BOOK 900914 AS DOCUMENT NO. 00799 IN THE OFFICE OF
9   THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

10  EXCEPT ALL OIL, ASPHALTUM, PETROLEUM, NATURAL GAS AND OTHER
    HYDROCARBONS AND OTHER VALUABLE MINERAL SUBSTANCES AND
11  PRODUCTS, AND ALL OTHER MINERALS, WHETHER OR NOT OF THE SAME
    CHARACTER HEREIN BEFORE GENERALLY DESCRIBED IN OR UNDER SAID LAND
12  AND LYING AND BEING AT A VERTICAL DEPTH OF 500 OR MORE FEET BELOW
13  THE PRESENT NATURAL SURFACE OF THE GROUND, BUT WITHOUT RIGHT OF
    ENTRY ON THE SURFACE OR WITHIN A VERTICAL DEPTH OF 500 FEET BELOW
14  THE PRESENT SURFACE OF THE GROUND.

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2010

Submitted by:

**WILDE & ASSOCIATES**

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED
By:_____
Robert Atkinson
10120 S. Eastern Ave
Suite 202
Henderson, NV 89052
Attorney for Debtor(s)

APPROVED / DISAPPROVED
By:_____
William A. Leonard
6625 S. Valley View #224
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order            \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   212 South Jones Boulevard
3  Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5  bk@wildelaw.com,

6  MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
7  TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
8  Phoenix, Arizona 85016
9  Telephone: (602) 255-6000

10 Wells Fargo Bank, N.A.
   09-78284
11
                    UNITED STATES BANKRUPTCY COURT
12                       DISTRICT OF NEVADA

13 In Re:                              BK-S-09-33729-lbr
14
   Michael Biasotti
15                                     Date: 2/9/2010
                                       Time: 10:30 am
16
                                       Chapter 7
17
            Debtor.
18
                      CERTIFICATE OF SERVICE
19
        On 3/10/10  I served the following documents(s):
20
21 NOTICE OF ENTRY OF ORDER VACATING AUTOMATIC STAY

22  1. I served the above-named document(s) by the following means to the persons as listed below:

23    X  a. ECF System

24       Robert Atkinson
         r.atkinson@kupperlin.com
25       Attorney for Debtor

26

William A. Leonard
biff7tte@mindspring.com
Trustee

X **b. United States mail, postage fully prepaid:**

Robert Atkinson
10120 S. Eastern Ave
Suite 202
Henderson, NV 89052
Attorney for Debtor

Michael Biasotti
302 Carrington St
Henderson, NV 89074
Debtor

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐   1.   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

N/A

☐   2.   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission**  *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger**  *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this ___3/10/10___.

By: _____[signature]_____